# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No. 3:12CR00213 |
| | ) | Judge Sharp |
| **WILLIAM JOHN PATTERSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on November 14, 2013, this Court entered a Preliminary Order of Forfeiture as to Defendant William John Patterson ordering him to forfeit the following property:

(1) any visual depiction described in Title 18, United States Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the law;

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the above listed offense(s); and

(3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property.

Including but not limited to the following items:

Toshiba Satellite laptop (s/n 96291792Q);
HTC/Sprint cell phone (s/n HT128AHL01730); and
Girls bras and underpants

seized from the residence of William John Patterson on September 10, 2012 (hereinafter collectively referred to as "Subject Property");

WHEREAS, the United States caused to be published notice of this forfeiture and of the

intent of the United States to dispose of the Subject Property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication of notice for a hearing to adjudicate the validity of their alleged legal interest in the property was advertised on-line at "www.forfeiture.gov," the official internet government forfeiture site, for 30 consecutive days beginning on November 18, 2013 and ending on December 17, 2013;

WHEREAS, there are no other persons or entities known which would require direct notice of this forfeiture action pursuant to 21 U.S.C. § 853(n);

WHEREAS, no timely petition has been filed; and

WHEREAS, the Court finds that the defendant had an interest in the Subject Property which is subject to forfeiture pursuant to 18 U.S.C. § 2253(a); and

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253(a).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the girls bras and underpants seized from the residence of William John Patterson on September 10, 2012 shall be destroyed.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that prior to the transfer of ownership, the United States shall ensure that it has "wiped clean" and erased all files from electronic media, including but not limited to, computers, phones, tablets, etc., of any information.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned as to the defendant and as to any third party

interest, and all right, title and interest to the Subject Property is hereby forfeited and vested in the United States of America, and the Subject Property shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED this ____ day of _____, 2014.

_____
JUDGE KEVIN H. SHARP
United States District Judge